

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00154-CV

| | | |
|---|---|---|
| Ronald Jones | § | From County Court at Law No. 3 |
| | § | of Tarrant County (11-02158-3) |
| v. | | |
| | § | August 29, 2013 |
| Augustine Warren | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Ronald Jones shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner